IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY MENEAR, | CIVIL DIVISION |
| Plaintiff, | Case No. 3:23-cv-00159 |
| v. | |
| SEVEN SPRINGS MOUNTAIN RESORT INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

Plaintiff Terry Menear and Defendant Seven Springs Mountain Resort Inc., by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Michael J. Bruzzese | /s/ Jessica P. Marsh |
| PA 63306 | CO 53473 |
| 220 Koppers Building | Williams Weese Pepple & Ferguson PC |
| 436 Seventh Avenue | 1801 California Street, Suite 3400 |
| Pittsburgh, PA 15219 | Denver, CO 80202 |
| Counsel for Plaintiff | Counsel for Defendant |

**ORDER**

AND NOW, this 3rd day of June 2024, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

_____
Kim R. Gibson
United States District Court Judge